| Prob 22 (VAE Rev. 4/13) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | 3:22CR0005-001 |
| | | DOCKET NUMBER *(Rec. Court)* |
| | | 23cr421 - File |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| Derek G. Spencer | EASTERN DISTRICT OF VIRGINIA | Richmond |
| | NAME OF SENTENCING JUDGE | |
| | The Honorable David J. Novak | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 7/24/2023    TO 7/23//2026 |

OFFENSE : Count Two – Offering and Giving Bribe to Public Official

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the EASTERN DISTRICT OF PENNSYLVANIA, PHILADELPHIA DIVISION upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

September 20, 2023
Date

David J. Novak.
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA, PHILADELPHIA DIVISION

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

Effective Date

United States District Judge